IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JELISA CARMA,<br><br>    Plaintiff,<br><br>vs.<br><br>NELNET SERVICING, LLC,<br><br>    Defendant. | 4:18CV3164<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice ([Filing No. 18](#)),

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to pay its own costs.

Dated this 9th day of April, 2019.

            BY THE COURT:

            s/ Susan M. Bazis
            United States Magistrate Judge